IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL O'GRADY,

                 Plaintiff,                 ORDER

   v.

                                                              10-cv-222-bbc

SYNTHIA Y. O'GRADY
and DANIEL KLINT,

                 Defendants.

---

      Plaintiff is proceeding in this case on his claims for tortious interference with the custody of a child and intentional infliction of emotional distress. On September 20, 2010, defendants filed a motion for summary judgment. Dkt. 11. Because the court has not yet held a preliminary pretrial conference, plaintiff has not received a copy of this court's procedures for filing or opposing motions like these. For this reason, I will delay the briefing of defendants' motion until after I have held a pretrial conference in this case.

      Accordingly, IT IS ORDERED that briefing on defendants' motion for summary judgment, dkt. 11, is STAYED. A pretrial conference will be held by telephone on October 15, 2010 at 9:30 a.m. Plaintiff is responsible for contacting the court at the designated time. Once plaintiff's call has been received, the court will include the defendants in the conference call.

      Entered this 23rd day of September, 2010.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge