IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL O'GRADY,

    Plaintiff,

v.

SYNTHIA Y. O'GRADY and
DANIEL A. KLINT,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-222-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Synthia Y. O'Grady and Daniel A. Klint granting their motion to dismiss plaintiff's claims regarding allegations of acts committed on September 18, 2009 under the domestic relations exception to diversity jurisdiction, and granting their motion for summary judgment with respect to plaintiff's claims regarding allegations taking place between 1999 and 2005.


_____      2/16/11
Peter Oppeneer, Clerk of Court           Date